UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 10 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 MJ 2085

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Zoilo GONZALEZ-Fernandez ) | 1324(a)(2)(B)(iii)- |
| Defendant. ) | Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **July 8, 2008**, within the Southern District of California, defendant **Zoilo GONZALEZ-Fernandez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **America VALENCIA-Torres and Maria Yolanda MARISCAL-Rivas**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF **July, 2008**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

The complainant states that **America VALENCIA-Torres** and **Maria Yolanda MARISCAL-Rivas** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 8, 2008, at approximately 1755 hours, **Zoilo GONZALEZ-Fernandez (Defendant)**, made application for admission into the United States at the Tecate Port of Entry as the driver and sole visible occupant of a gray 1997 Ford F-150. A Customs and Border Protection (CBP) Officer received a negative declaration from the Defendant who also presented a valid Permanent Resident Alien Card (I-551) bearing the name of Jose Luis Zamora-Adame, as his entry document. During primary vehicle inspection the CBP Officer noticed a non-factory compartment on the underside of the vehicle. A CBP Officer also noticed what appeared to be human hair at the edge of the compartment. Defendant and vehicle were escorted to secondary for further inspection.

In Secondary Inspection Officers removed the bed liner that was covering the cargo area of the vehicle. After removing the bed liner a large hole in the bed area was revealed, exposing two (2) adult females.

Further investigation revealed the two (2) adult females to be undocumented aliens, citizens and natives of Mexico with no entitlements to enter, reside, or remain in the United States. The individuals are now identified as, **America VALENCIA-Torres (MW1)** and **Maria Yolanda MARISCAL-Rivas (MW2)**.

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit of counsel. Defendant admitted being the operator of the vehicle. Defendant admitted he was going to receive a $2000.00 USD discount of his own smuggling fees in exchange for driving the vehicle. Defendant also admitted he intended to enter the United States for the sole purpose to drop off the vehicle and document used, and then he was going to attempt to find work in San Diego, California.

On separate videotape interviews Material Witnesses declared they are citizens of Mexico who have no legal right to enter, reside, or remain in the United States. Material Witnesses stated they were en route to Los Angeles, California to reside and seek employment. MW1 admitted her husband was going to pay an unknown fee for her to be smuggled into the United States. MW2 stated she was going to pay a smuggling fee of $3000.00 USD. MW2 also stated that the Defendant was present at the time she was placed into the compartment.

_____
SIGNATURE OF COMPLAINANT
Alfredo Ioperena, United States Customs
and Border Protection Enforcement Officer

_____
UNITED STATES MAGISTRATE JUDGE
7/10/08, 0936 hrs