```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ CALEB E. MASON
   │ Assistant United States Attorney
 3 │ California State Bar No. 246653
   │ United States Attorney's Office
 4 │ Federal Office Building
   │ 880 Front Street, Room 6293
 5 │ San Diego, California 92101
   │ Telephone: (619) 557-5956
 6 │
   │ Attorneys for Plaintiff
 7 │ UNITED STATES OF AMERICA
 8 │
 9 │             UNITED STATES DISTRICT COURT
10 │            SOUTHERN DISTRICT OF CALIFORNIA    08 CR 2460-DMS
11 │ UNITED STATES OF AMERICA,   )  Magistrate Case No. 08MJ2085
                                 )
12 │              Plaintiff,      )
                                 )  STIPULATION OF FACT AND JOINT
13 │      v.                     )  MOTION FOR RELEASE OF
                                 )  MATERIAL WITNESS(ES) AND
14 │ ZOILO GONZALEZ-FERNANDEZ,   )  ORDER THEREON
                                 )
15 │              Defendant.      )
                                 )  (Pre-Indictment Fast-Track Program)
16 │ _____)
```

FILED JUL 2 4 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caleb E. Mason, Assistant United States Attorney, and defendant ZOILO GONZALEZ-FERNANDEZ, by and through and with the advice and consent of defense counsel, Gerald T. McFadden, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

//

CEM:es:7/11/08

    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **August 11, 2008**.

    4.    The material witnesses, America Valencia-Torres and Maria Yolanda Mariscal-Rivas, in this case:

        a.    Are aliens with no lawful right to enter or remain in the United States;

        b.    Entered or attempted to enter the United States illegally on or about July 8, 2008;

        c.    Were found in a vehicle driven by defendant at the Tecate, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

        d.    Were paying or having others pay on their behalf an undisclosed amount of money to $3,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

        e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

    5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

        b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony

//

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Zoilo Gonzalez-Fernandez    2    08MJ2085

1  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest
2  of (an) unavailable witness(es); and,
3        c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),
4  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
5  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
6  waives the right to confront and cross-examine the material witness(es) in this case.
7       6.    By signing this stipulation and joint motion, defendant certifies that defendant has
8  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
9  further that defendant has discussed the terms of this stipulation and joint motion with defense
10 counsel and fully understands its meaning and effect.
11      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
12 immediate release and remand of the above-named material witness(es) to the Department of
13 Homeland Security for return to their country of origin.
14      It is STIPULATED AND AGREED this date.

15                                      Respectfully submitted,
16                                        KAREN P. HEWITT
17                                      United States Attorney
18 Dated: 7/24/08
19                                    CALEB E. MASON
                                    Assistant United States Attorney
20
21 Dated: 7/23/08
22                                    GERALD T. MCFADDEN
                                   Defense Counsel for Gonzalez-Fernandez
23
24 Dated: 7/22/08
25                                    ZOILO GONZALEZ-FERNANDEZ
                                   Defendant

26 *Translated by Alejandro Douja to Spanish*
27
28 *language*

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Zoilo Gonzalez-Fernandez         3                            08MJ2085

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 7/24/2008

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Zoilo Gonzalez-Fernandez         4                              08MJ2085